UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Nationwide General Insurance Company
as subrogee of Soriya and Saron Chao,
        Plaintiff,

v.                                          Civil Action Number: Case 1:23-cv-00206

Broan-NuTone LLC,
        Defendant.

## STIPULATION OF DISMISSAL

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that this

action be dismissed with prejudice as to all claims, and each party will bear its own costs and

attorney's fees.

Respectfully submitted,

| NATIONWIDE GENERAL INSURANCE COMPANY | BROAN-NUTONE LLC |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Paul R. Bartolacci | /s/ Andrew D. Black |
| Paul R. Bartolacci (PHV) | Christopher A. Duggan (PHV) |
| Cozen O'Connor | Andrew D. Black (PHV) |
| One Liberty Place | Smith Duggan Cornell & Gollub LLP |
| 1650 Market Street, Suite 2800 | 55 Old Bedford Road |
| Philadelphia, PA 19103 | Lincoln, MA 01773 |
| Telephone: 215-665-2001 | (617) 228-4400 |
| Fax: 215-701-2001 | Chris.Duggan@SmithDuggan.com |
| pbartolacci@cozen.com | Andrew.Black@SmithDuggan.com |
| Thomas W. Lyons #2946 | Steven D. Procopio, #10220 |
| One Davol Square, Suite 305 | Smith Duggan Cornell & Gollub LLP |
| Providence, RI  02903 | 101 Arch Street, Suite 1100 |
| Tel:  401-456-0709 | Boston, MA 02110 |
| Fax:  401-421-4730 | SProcopio@SmithDuggan.com |
| tlyons@straussfactor.com | |

Dated:  December 4, 2024